**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1320**

———————

In Re:  THELMA L. MATHIS,

                                                                    Debtor.

———————

THELMA L. MATHIS,

                                                                    Appellant,

        versus

COUNTY OF STAFFORD; LAKE ARROWHEAD SANITARY
DISTRICT,

                                                                    Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-01-1790-A, BK-99-10158-SSM)

———————

Submitted:  August 29, 2002          Decided:  September 4, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thelma L. Mathis, Appellant Pro Se.  Joseph Sinnott Sheerin,
MCGUIREWOODS, L.L.P., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thelma L. Mathis appeals from the district court's order affirming the bankruptcy court's orders determining the dischargeability of certain real estate taxes. Our review of the record and the opinions below discloses no reversible error. As the district court correctly noted, the bankruptcy court's thorough opinions reflect no error. Accordingly, we affirm. <u>See</u> <u>Mathis v. County of Stafford</u>, Nos. CA-01-1790-A (Bankr. E.D. Va. Feb. 22, 2002); BK-99-10158-SSM (E.D. Va. Sept. 17, 2001; July 25, 2001; Dec. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>